BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2775
Facsimile:  (916) 554-2900
email: bobbie.montoya@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Petitioner,<br><br>        v.<br><br>JEROME POPE,<br><br>             Respondent. | **2:15-MC-00019-TLN-KJN**<br><br>**ORDER AFTER SHOW CAUSE HEARING RE: TAX SUMMONS ENFORCEMENT**<br><br>Taxpayer: **JEROME POPE** |

This matter came on before United States Magistrate Judge Kendall J. Newman on May 21, 2015, pursuant to the Order to Show Cause filed March 17, 2015 (Doc. #4). The order, with the verified petition filed March 13, 2015 (Doc. #1), and its supporting memorandum (Doc. #3-1), was personally served at Respondent's residence on March 27, 2015. (Doc. #5.) Respondent did not file an opposition or statement of non-opposition to the verified petition as provided for in the Order to Show Cause. At the hearing, Bobbie J. Montoya, Assistant United States Attorney, appeared for Petitioner United States of America. Investigating Revenue Officer Jose Arteaga was present in the courtroom. Respondent Jerome Pope appeared at the hearing.

The Verified Petition to Enforce Internal Revenue Summons (Doc. #1) seeks to enforce an administrative summons (Exhibit A to the petition (Doc. #2)) issued September 2, 2014. The

summons is part of an investigation of the Respondent to secure information relevant to collection of Form 1040 taxes for the calendar years ending December 31, 2005, December 31, 2006, December 31, 2008, and December 31, 2009.

During a hearing recess the parties conferred in private, and Respondent Pope agreed with the Revenue Officer, and stated his agreement in open court, to appear and fully comply with the summons at the I.R.S. offices at 4830 Business Center Drive, Suite 250, Fairfield, CA 94534, before Revenue Officer Arteaga or his designated representative, on June 9, 2015, at 10:00 A.M.

Accordingly, IT IS HEREBY ORDERED that Respondent Jerome Pope fully comply with the I.R.S. summons by appearing at the I.R.S. offices at 4830 Business Center Drive, Suite 250, Fairfield, CA 94534, before Revenue Officer Arteaga or his designated representative, on June 9, 2015, at 10:00 A.M., as agreed to by Revenue Officer Arteaga and Respondent Pope at the show cause hearing. Should the June 9th appearance need to be continued or rescheduled, the rescheduled date is to be set in writing by Revenue Officer Arteaga. Respondent is to appear before Revenue Officer Arteaga or his designated representative, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

If Respondent violates this Order, the United States may take appropriate steps to attain the Court's enforcement of the tax summons, up to and including contempt proceedings against Respondent.

THE CLERK SHALL SERVE this and further orders by mail to: Jerome Pope, 264 Sage Street, Vallejo, CA 94589.

IT IS SO ORDERED.

Dated: May 26, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE